IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No.  05-cv-02486-REB-PAC

GEORGE MARTINEZ, and
CATHERINE MARTINEZ,

    Plaintiffs,

v.

ALLIANCEONE RECEIVABLES MANAGEMENT, INC., a Delaware corporation,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

On January 17, 2006, the plaintiff filed an **Unopposed Motion to Dismiss With Prejudice** [#9].  After careful review of the motion and the file, the court has concluded that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Unopposed Motion to Dismiss With Prejudice** [#9], filed on January 17, 2006, is **GRANTED**; and

2.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated January 18, 2006, at Denver, Colorado.

                                        **BY THE COURT:**

                                        **s/ Robert E. Blackburn**

**Robert E. Blackburn**
**United States District Judge**